OPINION — AG — THE DISTRICT JUDGE, COUNTY JUDGE AND COUNTY ATTORNEY OR A MAJORITY THEREOF, MUST APPROVE ONLY SUCH CLAIMS AS ARE CLASSIFIED "EXPENDITURES FOR REPAIR, MAINTENANCE AND IMPROVEMENT OF THE COUNTY COURTHOUSE" AND THAT SUCH APPROVAL IS NOT NECESSARY IN THE PAYMENT OF THE EXPENSES LAWFULLY INCURRED INCIDENT TO THE OPERATION OF THE COURSE OF THE COUNTY. CITE: 62 O.S. 1961 322 [62-322], 62 O.S. 1961 323.1 [62-323.1] (W. J. MONROE)